***MADE JS-6***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT CLARIZIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON CALIFORNIA, INC., a California corporation, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV11-03095 GW (AGRx)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>Judge: Hon. George H. Wu<br>Ctrm.: 10<br><br>Complaint Filed: April 12, 2011 |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on July 3, 2012, and for good cause shown, this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: July 6, 2012

[signature]

The Honorable George H. Wu
United States District Court Judge